IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DEBORAH WATSON,

Plaintiff,                                      CASE NO.: 3:14-CV-831-J-32 PDB

-vs-

STELLAR RECOVERY, INC.,

Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Deborah Watson, and the Defendant, Stellar Recovery, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 16th day of December, 2014.

Michael J. Vitoria, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
MVitoria@ForThePeople.com
Florida Bar#: 0135534
Attorney for Plaintiff

Ernest "Skip" H. Kohlmyer, III, Esq.
Urban, Thier, Federer and Chinnery, P.A.
200 South Orange Avenue, Suite 2000
Orlando, FL 32801
Tele: (407) 245-8352
Fax: (407) 245-8361
kohlmyer@urbanthier.com
LeGros@urbanthier.com
Florida Bar#: 110108
Attorney for Defendant