**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

DEBORAH WATSON,

    Plaintiff,

v.                                 Case No. 3:14-cv-831-J-32PDB

STELLAR RECOVERY INC.,

    Defendant.

## O R D E R

Upon review of Plaintiff Debra Watson's Notice of Withdrawal (Doc. 14), filed December 15, 2014, and the Joint Stipulation of Dismissal with Prejudice (Doc. 15), filed on December 16, 2014, plaintiff's motion to enforce the settlement agreement (Doc. 12) is withdrawn and the case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

**DONE AND ORDERED** at Jacksonville, Florida this 18th day of December, 2014.

*[signature]*
TIMOTHY J. CORRIGAN
United States District Judge

bjb.
Copies:

Counsel of record